UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAZARO TOMAS VICTORES,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No. 1:26-cv-07075-DAD-SC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR HABEAS CORPUS RELIEF, AND GRANTING PETITIONER'S MOTION TO DISMISS AS DUPLICATIVE

(Doc. Nos 1, 10, 11)

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking his release from immigration detention. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 7.)

Petitioner has filed a motion to consolidate or to dismiss the petition filed in this action noting that it was duplicative of a case filed by this same petitioner in 1:26-cv-6768-DAD-SCR, that remains pending. (Doc. No. 10.) The assigned magistrate judge issued findings and recommendations recommending that the habeas petition filed in this action be dismissed as duplicative of the previously filed case. (Doc. No. 11.) No objections to those findings and recommendations were filed by either party and the time in which to do so has passed.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis. *See, e.g.*, *Vasquez-Herrera v. Dir., Otay Mesa Det. Ctr.*, No. 26-cv-02075-BJC-SBC, 2026 WL 3043488, at *2 (S.D. Cal. Oct. 9, 2026) (citing *Long v. Semaia*, No. 26-cv-2560-AS, 2026 WL 1640642, at *1 (C.D. Cal. June 3, 2026) (dismissing § 2241 habeas petition filed by *pro se* petitioner as duplicative of § 2241 action filed by counsel, challenging the same immigration detention by counsel)).

Accordingly,

1. The findings and recommendations (Doc. No. 11) are ADOPTED IN FULL;
2. Petitioner's motion to dismiss the habeas petition filed in this action as duplicative (Doc. No. 10) is GRANTED and that petition (Doc. No. 1) is DISMISSED; and
3. The Clerk of the Court is directed to CLOSE this case because it is duplicative of 1:26-cv-06768-DAD-SCR which remains pending before the court.

IT IS SO ORDERED.

Dated: **November 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE